IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW THOMAS CASTRO,

    Plaintiff,

  v.

WELLS FARGO BANK N.A.,

    Defendant.
                                       /

No. C 12-04621 WHA

**ORDER TO SHOW CAUSE**

On September 12, 2012, defendant Wells Fargo Bank N.A. filed a motion to dismiss plaintiff's complaint. Upon reassignment of the action to the undersigned judge, defendant re-noticed the motion on September 19. Pursuant to Local Rules 7-3 and 7-7, plaintiff's opposition was due by September 26. Given that the case was reassigned, and the motion was re-noticed, plaintiff was given until October 3 to file an opposition or statement of non-opposition. That date has passed, and no response has been received.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why defendant's motion to dismiss should not be granted for failure to respond. Plaintiff's response is due by **NOON ON OCTOBER 24**. Failure to timely respond may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 10, 2012.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE